# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0462. RANDOLF SMITH v. THE STATE.**

In 2013, Randolf Smith pled guilty to making terroristic threats and family violence battery. In 2023, he filed a motion to withdraw his guilty pleas, which the trial court dismissed for lack of jurisdiction in an order entered on August 9, 2023. On September 25, 2023, Smith filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Smith filed his notice of appeal 47 days after entry of the order he seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/07/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.